UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

**CHRISTOPHER J. HASTINGS**
**JULIE L. HASTINGS**
          Debtors.

Case No. 09-22290-PP
(Chapter 7)

## TRUSTEE'S STATEMENT OF ABANDONMENT

Pursuant to the *Notice of Trustee's Proposed Abandonment*, which was duly mailed to creditors and parties in interest, and no timely objections having been filed and sustained, the Trustee hereby abandons the Estate's interest in the following property:

Homestead
Savings Account
Checking Account
Savings Account
Business Checking Account
Household Goods
CD/DVD Collection
Clothing
Jewelry
Camera, Gardening Tools, Hand Tools
Term Life Insurance Policy
Term Life Insurance Policy
100% Ownership in Direct Carpet Sales & Installation
    (Liabilities exceed assets)
Christopher Hastings dba Direct Flooring Contractors
    Sole Proprietorship (Assets listed under "Tools")
Direct Flooring Contractors - Accounts Receivable
2008 State and Federal Tax Refunds
1999 Isuzu Truck
2002 Chevy Trailblazer
1997 Pontiac Sunfire
Tools
Two Cats

Dated this **17**th day of **Sept.** 2009.

_____
John M. Scaffidi, Trustee

P.O. Box 11975
Milwaukee, WI 53211
Phone: (414) 963-9303
Fax:   (414) 963-1376
E-Mail: JMScaffidi@rsmlaw.com